UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj0117 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| FRANCISCO JAVIER GARCIA-MARQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to

the best of his information and belief, and that a copy of the foregoing Defendant's Notice of

Appearance has been electronically served this day upon:

United States Attorney's Office
880 Front Street
San Diego, CA  92101

Dated:  January 22, 2008                     /s/  Erick  L.  Guzman
                                             ERICK L. GUZMAN
                                             Federal Defenders
                                             225 Broadway, Suite 900
                                             San Diego, CA 92101-5030
                                             (619) 234-8467  (tel)
                                             (619) 687-2666  (fax)
                                             E-mail: erick_guzman@fd.org